NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NUEVOLUTION A/S, PETER BIRK RASMUSSEN,**
*Plaintiffs - Appellants*

v.

**HENRIK PEDERSEN, CHEMGENE HOLDINGS APS,**
*Defendants - Appellees*

---

15-1284

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:14-cv-00357-CMH-TCB Senior Judge Claude M. Hilton.

---

ON MOTION

O R D E R

Upon consideration of the appellants unopposed motion to extend time to file appellants principal brief until May 22, 2015,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

March 2, 2015                /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court

cc: Richard L. Beizer
James Bicks
Jonathan Freiman
Andy Liu
Turner Pearce Smith
Tiffany Wynn